UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene DIVISION

Jacob Daniel Anderson

*(Enter full name of plaintiff)*

Plaintiff,

v.

State of Oregon

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:20-cv-02036 MK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes    ☐ No

# I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: Jacob Daniel Anderson
Street Address: 1259 14th Avenue NW
City, State & Zip Code: Salem, OR, 97304
Telephone No.: (503) 551-6909

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**   Name: State of Oregon - County of Marion
Street Address: 100 High Street
City, State & Zip Code: Salem, Oregon, 97304
Telephone No.: 5035885105

**Defendant No. 2**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Amendment 1, 2, 4, 5, 6, 9, 10, 14, Title 18 Code 241/242, Federalist articles on Judicial jurisprudence, Vienna treaty rights of extradition, federal Supervision Clause.

### III. STATEMENT OF CLAIMS

#### Claim I

State here as briefly as possible the *facts* of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

There is a Current Custody order, the State overcollected, the state refused to return things wrongfully seized, when use of force to terminate commission was applied. Criminal Conviction ensued. The injuries are Substantial due to Felony Conviction for Speech and eluding at 35-45 mph with no pedestrians present and passing 2 vehicles, and broken finger with permanent disfigurement due to a 2 week wait for Care after reporting, 1/3 of healing time. The related Civil Case is 14DR08717, 14C32609 and in-rem action.

#### Claim II

State here as briefly as possible the *facts* of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Upon arrest, the options were potential prison, not jail, or pleading in violation of due process in justification

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

of actions to prevent or terminate commission of crimes, as to allowed demurrer and justified execution of law and court orders, by the assigned State of Oregon employees of 20CR42051.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In direct violation of title 18 code 241/242 the State refused to cease conspiritorial relationships in aiding and abetting felony theft/grand larceny, wrongful incarceration, and illegal operations of law after notice.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

4

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes      ☒ No      •In limine

Superceding

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Order Federal mandamus, impose Sanctions or Fines, out Effect a reversal of felony conviction as seizure of my person wasn't warranted, remove all Convictions from record, restore firearm rights and Compensate by restitution 250,000 dollars as this was in course of 8 years, payable by the State Of Oregon treasury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21st__ day of __November__, 20__20__.

_____
(Signature of Plaintiff)

Verified Correct Copy of Original 12/24/2018

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF __Polk__

Petitioner __Jacob D. Anderson__

and

Respondent __Cassandra M. Bateson__

Case No: __14DR08717__

**SUPPLEMENTAL JUDGMENT MODIFYING A DOMESTIC RELATIONS JUDGMENT**

☐ _____
Unmarried Children 18, 19, or 20 years old (per ORS 107.108) *(full names)*

This *Supplemental Judgment* modifies the following provisions of a prior *Judgment*:
☐ Spousal/Partner Support
☐ Custody ☒ Parenting Time ☐ Child Support
☐ Other: _____

**This matter came before the court** on the motion and declaration of
☒ Petitioner ☐ Respondent

☐ No response to the *Order to Show Cause re: Modification* was received from the non-moving party
  ☐ The non-moving party is not in active military service of the United States and is not incapacitated, a minor, a protected person, or a respondent (as defined by ORS 125.005)
☒ A hearing was held __12·19·18__ *(date)*, at which the following were present:
  ☒ Petitioner ☐ Petitioner's attorney
  ☐ Respondent ☐ Respondent's attorney
  ☐ Other: _____
☐ The parties have stipulated (agreed) to the terms of this judgment as shown by their signatures at the end of this *Judgment*

**Children 18, 19, or 20 Years of Age**
  ☐ Waived further appearance: *(names)*_____
  ☐ Fully participated in the proceedings *(names)*_____
  ☐ Signed and stipulated to the terms of judgment shown by the signature at the end of this *Judgment*

**THE COURT FINDS:** _____

The court considered the ☒ declaration ☐ response ☐ evidence presented and found that:
  ☐ a substantial change in circumstances has occurred since the last judgment or order, justifying a change in **support or custody**
  ☒ the requested change in **custody or parenting time** is in the children's best interest

Page 1 of 12                                                                   Case No. _____

Parenting time must be supervised by: _____
Cost of supervision will be paid by ☐ Petitioner ☐ Respondent ☐ Other: _____

c) ☐ Petitioner ☐ Respondent is allowed to move more than 60 miles farther away from the other party without advance written notice because good cause exists

d) ☐ Petitioner ☐ Respondent is not required to provide contact information to the other party

3. **Child Support and Medical Costs**

a) ☒ Petitioner's ☐ Respondent's child support obligation to children (names) _____ is **terminated** based on the change of custody or (explain other reason for termination) _Parenting time order but not legal Custody_

b) ☒ Child support is **changed** as follows based on the requested change of custody or substantially changed circumstances

   Support must be paid:
   **by** ☒ Petitioner ☐ Respondent
   **to** ☐ Petitioner ☒ Respondent ☐ Adult Child Attending School
   **on** the first day of each month
   **beginning** ☐ the month following entry of this judgment or ☐ the date of service of this motion *(date: _____)*

   The monthly **amount** due is: $____0____ *(Child Support Worksheets are attached and incorporated, labeled Exhibit _____)*
   This amount is:
   ☐ the amount presumed to be appropriate under the support guidelines
   ☒ different from the presumed appropriate amount *because:* _arrears_

c) ☐ **Income withholding** is **not** ordered at this time because there is no support arrearage, the paying parent has not previously been granted an exemption from withholding **and**
   ☐ The parents (or the State, if support rights are assigned) have agreed in writing to an alternative arrangement which is approved by the court; **or**
   ☐ Good cause not to require withholding is found because there is proof of timely payment of previously-ordered support and income withholding would not be in the best interests of the child

*In all cases, select one of the following:*
   ☒ All support payments must be made to the Department of Justice, Child Support Accounting Unit, P.O. Box 14506, Salem, Oregon, 97309
   **Or**
   ☐ An exception to income withholding applies as noted above. All support payments must be deposited to the recipient's checking or savings account. The receiving parent is ordered to provide the paying parent with current deposit slips or bank name, account name, and account number.

Case No. _____

| | |
|---|---|
| ...oner ...ndent | interest on the unpaid balance of the total judgment amount of<br>$_____ | the judgment is entered and continues until the judgment e... fully paid |
| ...YS ...ner ...dent | Checked party reimburses the other party's cos... fees of:<br>$_____<br>Directly to the awarded party |
| ...S ...er ...ent | Checked party must pay deferred costs and f...<br>$_____<br>To the State of Oregon through this court |

Signed: 12/26/2018 4:18:21 PM

_____
Circuit Court Judge Norm R. Hi...

5.100
l signature because (check all that apply):

R 5.100 (1)(c) because the other party has be...

## ORS 164.075
## Extortion
### (1)

A person commits the crime of extortion when the person compels or induces another person to either deliver property or services to the person or to a third person, by instilling in the other person a fear that, if the property is not so delivered(the party will)

### (d)

Accuse some person of a crime or cause criminal charges to be instituted against the person;

## ORS 162.235[1]
## Obstructing governmental or judicial administration
### (1)

A person commits the crime of obstructing judicial administration if the person:

**(a)**

Intentionally obstructs, impairs or hinders the administration of law or judicial function by means of intimidation, force, physical or economic interference or obstacle;

**ORS 161.195[1]**
**"Justification" described**

**(1)**

Unless inconsistent with other provisions of chapter 743, Oregon Laws 1971, defining justifiable use of conduct which would otherwise constitute an offense is justifiable and not criminal when it is required

or authorized by law or by a judicial decree.

**(2)**

As used in subsection (1) of this section, "laws and judicial decrees" include but are not limited to:

**(a)**

Laws defining duties and functions of public servants;

**(c)**

Laws governing the execution of legal process

**(e)**

Judgments and orders of courts. [1971 c.743 §19]

## ORS 25.396[1]
## Exception to withholding
- • **termination of withholding**

**(1)**

When a court modifies a support order, the court may grant an exception to income withholding required under ORS **[25.378 (Payment of support by income withholding)](#)** if the court makes a written finding that there is good cause not to require income withholding. Good cause exists when continuing income withholding would not be in the best interests of the child.